UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   WASHINGTON, CAROLYN   §   Case No. 12-36037
§
§
Debtor(s)   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 06/24/2014 in Courtroom 615, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/22/2014          By:   /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WASHINGTON, CAROLYN  § Case No. 12-36037
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 100,000.00 |
| and approved disbursements of | $ 84,422.31 |
| leaving a balance on hand of [1] | $ 15,577.69 |
| **Balance on hand:** | $ 15,577.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,577.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 7,409.50 | 0.00 | 7,409.50 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,399.50 | 0.00 | 3,399.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 7.20 | 0.00 | 7.20 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,816.20 |
| Remaining balance: | $ 4,761.49 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $       0.00
Remaining balance:  $   4,761.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $       0.00
Remaining balance:  $   4,761.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,942.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 316.78 | 0.00 | 316.78 |
| 2 | Sir Finance | 2,626.16 | 0.00 | 2,626.16 |

Total to be paid for timely general unsecured claims:  $   2,942.94
Remaining balance:  $   1,818.55

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,818.55 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 1,818.55 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $8.46. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,810.09.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-36037-JSB
Carolyn Washington                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: rgreen              Page 1 of 1           Date Rcvd: May 23, 2014
                             Form ID: pdf006           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2014.
db         +Carolyn Washington,   P O Box 286191,   Chicago, IL 60628-0191
19425672   +A.F.S. Assignee OF Cortrust,   C/O Arrow Financial Servic,   5996 W Touhy Ave,
            Niles, IL 60714-4610
19425680   +Affirmative Insurance,   C/O EOS CCA,   700 Longwater Dr,   Norwell, MA 02061-1624
19425687   +Clerk, First Mun Div,   Doc # 12 Ml 112252,   50 W. Washington St., Rm. 1001,
            Chicago, IL 60602-1316
19425670   +Comcast,   C/O Credit Protection ASSO,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
19425674   +Comcast Chicago Seconds - 4000,   C/O Credit Management LP,   4200 International Pkwy,
            Carrollton, TX 75007-1912
19425681   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
19425682   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19425685   +First Premier BANK,   Attn: Bankruptcy Dept.,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
19425676   +HSBC CARD Services III   INC.,   C/O Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,
            Norfolk, VA 23502-4962
19425688   +Harry W. Altman,   20 N. Clark Street, Ste 600,   Chicago, IL 60602-4111
19425675   +Plains Commerce BANK,   C/O Arrow Financial Servic,   5996 W Touhy Ave,   Niles, IL 60714-4610
19425677   +Public Storage,   C/O Allied Interstate, INC,   3000 Corporate Exchange,
            Columbus, OH 43231-7689
19425678   +SBC Indiana,   C/O Allied Interstate INC,   435 Ford Rd Ste 800,   Minneapolis, MN 55426-1066
19425689   +Santander Consumer USA,   Bankruptcy Department,   P.O. Box 961245,   Forth Worth, TX 76161-0244
19425683   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
19425673   +WOW   Harvey,   C/O Credit Management LP,   4200 International Pkwy,   Carrollton, TX 75007-1912
19425671   +WOW  Internet   Cable Service,   C/O Credit Management LP,   4200 International Pkwy,
            Carrollton, TX 75007-1912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19425684       E-mail/Text: bnc-applied@quantum3group.com May 24 2014 00:18:05     Applied BANK,
            Attn: Bankruptcy Dept.,   601 Delaware Ave,   Wilmington, DE 19801
19425690   +E-mail/Text: jasonm@afchoice.com May 24 2014 00:16:26     Americas Financial Choice,
            Bankruptcy Department,   10302 S. Halsted,   Chicago, IL 60628-2322
21366629       E-mail/Text: bnc-quantum@quantum3group.com May 24 2014 00:17:10
            Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
19425686       E-mail/Text: irma@sirfinance.com May 24 2014 00:18:30     Sir Finance,   Bankruptcy Department,
            6140 N. Lincoln Ave.,   Chicago, IL 60659-2318
19425679   +E-mail/Text: bankruptcydpt@mcmcg.com May 24 2014 00:17:28     Tribute Mastercard,
            C/O Midland Credit MGMT,   8875 Aero Dr,   San Diego, CA 92123-2251
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2014 at the address(es) listed below:
              Eugene   Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene   Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Jon K. Clasing    on behalf of Debtor Carolyn  Washington ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4